IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL LIMITED, *et al.*,[1] | ) Case No. 17-60079 (DRJ) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Willkie Farr & Gallagher LLP, which has been retained as counsel to the Conflicts Committee of the Board of Directors of North Atlantic Drilling Limited and to the Conflicts Committee of the Board of Directors of Sevan Drilling Limited, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

    Jennifer J. Hardy
    **WILLKIE FARR & GALLAGHER LLP**
    600 Travis Street, Suite 2310
    Houston, Texas 77002
    Telephone:  713-510-1700
    Facsimile:  713-510-1799
    Email:  jhardy2@willkie.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated:   Houston, Texas
         September 13, 2017

> Respectfully Submitted,
>
> **WILLKIE FARR & GALLAGHER LLP**
>
> By:   /s/ Jennifer J. Hardy
>      Jennifer J. Hardy (Texas Bar No. 24096068)
>      600 Travis Street, Suite 2310
>      Houston, Texas 77002
>      Telephone:  713-510-1700
>      Facsimile:  713-510-1799
>      Email:  jhardy2@willkie.com
>
> *Counsel to the Conflicts Committee of the Board of Directors of North Atlantic Drilling Limited and Counsel to the Conflicts Committee of the Board of Directors of Sevan Drilling Limited*

## Certificate of Service

       I certify that on September 13, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

       /s/ Jennifer J. Hardy
       Jennifer J. Hardy