IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEADRILL LIMITED, *et al.*,[1] | ) Case No. 17-60079 (DRJ) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Charles R. Gibbs, David F. Staber, Ira S. Dizengoff, Philip C. Dublin and Sara L. Brauner of Akin Gump Strauss Hauer & Feld LLP file this *Notice of Appearance and Demand for Service of Papers* on behalf of Select Commitment Parties, pursuant to Bankruptcy Code section 1109(b) and Federal Rule of Bankruptcy Procedure 2002 (the "Bankruptcy Rules"), and respectfully request that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon the undersigned at the office, postal address and telephone and facsimile numbers listed as follows:

Charles R. Gibbs
David F. Staber
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone: (214) 969-2800
Facsimile: (214) 969-4343
Email: cgibbs@akingump.com
Email: dstaber@akingump.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill.  The location of Debtor Seadrill Americas Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

and

Ira S. Dizengoff
Philip C. Dublin
Sara L. Brauner
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Email:  idizengoff@akingump.com
Email:  pdublin@akingump.com
Email:  sbrauner@akingump.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated:  September 13, 2017            Respectfully Submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

/s/  *David F. Staber*
Charles R. Gibbs
State Bar No. 07846300; S.D. Tex. No. 177
David F. Staber
State Bar No. 18986950; S.D. Tex. No. 437693
1700 Pacific Avenue, Suite 4100
Dallas, TX  75201
Telephone:  (214) 969-2800
Fax:  (214) 969-4343
Email:  cgibbs@akingump.com
Email:  dstaber@akingump.com

and

        Ira S. Dizengoff (*pro hac vice* pending)
        Phil C. Dublin (*pro hac vice* pending)
        Sara L. Brauner (*pro hac vice* pending)
        One Bryant Park
        New York, New York 10036
        Telephone:  (212) 872-1000
        Fax:  (212) 872-1002
        Email:  idizengoff@akingump.com
        Email:  pdublin@akingump.com
        Email:  sbrauner@akingump.com

        **COUNSEL FOR SELECT COMMITMENT PARTIES**

### CERTIFICATE OF SERVICE

  I hereby certify that, on September 13, 2017, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

        */s/  David F. Staber*
        David F. Staber