IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
09/13/2017

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEADRILL LIMITED, *et al*.,[1] | ) Case No. 17-60079 (DRJ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) Re: Docket No. 17 |

**ORDER (I) AUTHORIZING THE DEBTORS'
EMERGENCY MOTION FOR ENTRY OF AN ORDER
(I) AUTHORIZING THE DEBTORS TO FILE A CONSOLIDATED
LIST OF CREDITORS AND A CONSOLIDATED LIST OF THE 50 LARGEST
UNSECURED CREDITORS, (II) AUTHORIZING THE DEBTORS TO REDACT
CERTAIN PERSONAL IDENTIFICATION INFORMATION, (III) APPROVING THE
FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT
OF THESE CHAPTER 11 CASES, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to file a consolidated creditor matrix and list of the 50 largest general unsecured creditors in lieu of submitting separate mailing matrices and creditor lists for each Debtor, authorizing the Debtors to redact certain personal identification information, and approving the form and manner of notice of commencement of these chapter 11 cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to file a single consolidated Creditor Matrix for all of these chapter 11 cases.

3. The Debtors are authorized to file a consolidated Top 50 List.

4. The Debtors are authorized to redact information in respect of individuals and customers listed on the Creditor Matrix or similar document filed with the Court.

5. The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, on the Creditor Matrix. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (a) the commencement of

these chapter 11 cases; and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

6. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: September 13, 2017.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

# **Exhibit 1**

**Proposed Notice of Commencement**

**Information to identify the case:**

**Debtors:** Seadrill Limited, *et al.*                      **EIN:** N/A

**United States Bankruptcy Court for the Southern District of Texas**

**Case Numbers: 17-60079 (DRJ)**

**Official Form 309F (For Corporations or Partnerships)**

**Notice of Chapter 11 Bankruptcy Case**                                12/15

---

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

A form to open an account on the bankruptcy court's electronic case filing system may be obtained at: http://www.txs.uscourts.gov/sites/txs/files/CRECFform.pdf, attached hereto as **Exhibit A**.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full names:  See chart below.**

   **List of Jointly Administered Cases**

| No. | Debtor | Address | Case No. | EIN |
|---|---|---|---|---|
| 1 | Seadrill Limited | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60079 | N/A |
| 2 | Eastern Drilling AS | Finnestadveien 28, Stavanger, 4001, Norway | Case No. 17-35367 | N/A |
| 3 | North Atlantic Alpha Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60082 | N/A |
| 4 | North Atlantic Crew AS | Drammensveien 288, Oslo, 283, Norway | Case No. 17-60083 | N/A |
| 5 | North Atlantic Crewing Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60084 | N/A |
| 6 | North Atlantic Drilling Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60080 | N/A |
| 7 | North Atlantic Drilling UK Ltd. | Commercial House, 2 Rubislaw Terrace, Aberdeen, AB10 1XE, UK | Case No. 17-35368 | N/A |
| 8 | North Atlantic Elara Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60085 | N/A |
| 9 | North Atlantic Epsilon Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60086 | N/A |
| 10 | North Atlantic Linus Charterer Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60087 | N/A |
| 11 | North Atlantic Management AS | Drammensveien 288, Oslo, 283, Norway | Case No. 17-35369 | N/A |

| No. | Debtor | Address | Case No. | EIN |
|---|---|---|---|---|
| 12 | North Atlantic Navigator Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60088 | N/A |
| 13 | North Atlantic Norway Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60089 | N/A |
| 14 | North Atlantic Phoenix Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60090 | N/A |
| 15 | North Atlantic Support Services Limited | Commercial House, 2 Rubislaw Terrace,, Aberdeen, AB10 1XE, UK | Case No. 17-60091 | N/A |
| 16 | North Atlantic Venture Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60092 | N/A |
| 17 | Scorpion Drilling Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60093 | N/A |
| 18 | Scorpion Intrepid Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60094 | N/A |
| 19 | Scorpion Servicos Offshore Ltda | Av. República do Chile, nº. 230, sala 2101 - parte, Centro, Rio De Janeiro, CEP 20031-170, Brasil | Case No. 17-60095 | N/A |
| 20 | Scorpion Vigilant Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60096 | N/A |
| 21 | Sea Dragon de Mexico S. de R.L. de C.V. | 34 163, Carmen, Campeche, 24100, Mexico | Case No. 17-60097 | N/A |
| 22 | Seadrill Abu Dhabi Operations Limited | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60098 | N/A |
| 23 | Seadrill Americas, Inc. | 11025 Equity Drive, Suite 150, Houston, TX 77041 | Case No. 17-60077 | 20-8468993 |
| 24 | Seadrill Angola, Lda. | Condomínio Rei Katyavala, Rua Rei Katyavala, s/n, 3.º andar - Edifício B, Município da Ingombota, Luanda, Angola | Case No. 17-60099 | N/A |
| 25 | Seadrill Aquila Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60100 | N/A |
| 26 | Seadrill Ariel Ltd. | 80 Broad Street, Monrovia, 1000-10, Liberia | Case No. 17-60101 | N/A |
| 27 | Seadrill Brunei Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60102 | N/A |
| 28 | Seadrill Callisto Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60103 | N/A |
| 29 | Seadrill Capital Spares Pool AS | Finnestadveien 28, Stavanger, 4001, Norway | Case No. 17-60104 | N/A |
| 30 | Seadrill Carina Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60105 | N/A |
| 31 | Seadrill Castor Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60106 | N/A |
| 32 | Seadrill Castor Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60107 | N/A |
| 33 | Seadrill Cressida Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60108 | N/A |
| 34 | Seadrill Deepwater Charterer Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60109 | N/A |
| 35 | Seadrill Deepwater Crewing Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60110 | N/A |
| 36 | Seadrill Deepwater Units Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60111 | N/A |
| 37 | Seadrill Dorado Ltd. | 4th Floor, Par-La-Ville Place 14 Par-La-Ville Road Hamilton HM08, Bermuda | Case No. 17-60112 | N/A |

| No. | Debtor | Address | Case No. | EIN |
|---|---|---|---|---|
| 38 | Seadrill Draco Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60113 | N/A |
| 39 | Seadrill Eclipse Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60114 | N/A |
| 40 | Seadrill Eminence Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60115 | N/A |
| 41 | Seadrill Far East Limited | Level 54 Hopewell Centre<br>183 Queens Road East<br>Hong Kong, Hong Kong | Case No. 17-60116 | N/A |
| 42 | Seadrill Freedom Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60117 | N/A |
| 43 | Seadrill GCC Operations Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60118 | N/A |
| 44 | Seadrill Gemini Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60119 | N/A |
| 45 | Seadrill Global Services Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60120 | N/A |
| 46 | Seadrill Gulf Operations Neptune LLC | Registered Agent Address:<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br>(New Castle County) | Case No. 17-60121 | 20-8468993 |
| 47 | Seadrill Indonesia Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60122 | N/A |
| 48 | Seadrill International Resourcing DMCC | Jumeirah Business Centre 3 (JBC3),<br>Cluster Y, DMCC Free Zone<br>Jumeirah Lake Towers<br>P.O. Box 283675<br>Dubai, U.A.E | Case No. 17-60123 | N/A |
| 49 | Seadrill Jack Up Holding Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60124 | N/A |
| 50 | Seadrill Jack Up I B.V. | Jachthavenweg 109 H<br>1081KM Amsterdam<br>Postbus 12222, 1100AE Amsterdam | Case No. 17-60126 | N/A |
| 51 | Seadrill Jack Up II B.V. | Jachthavenweg 109 H<br>1081KM Amsterdam<br>Postbus 12222, 1100AE Amsterdam | Case No. 17-60127 | N/A |
| 52 | Seadrill Jupiter Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60125 | N/A |
| 53 | Seadrill Labuan Ltd. | Level 1, Lot 7, Block F, Saguking Commercial Building, Jalan Patau-Patau, 87000 Labuan F.T., Labuan | Case No. 17-60128 | N/A |
| 54 | Seadrill Libra Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60129 | N/A |
| 55 | Seadrill Management (S) Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60130 | N/A |
| 56 | Seadrill Management AME Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60131 | N/A |
| 57 | Seadrill Management Ltd. | 13th Floor, One America Square 17 Crosswall, London, EC3N 2LB, UK | Case No. 17-60132 | N/A |
| 58 | Seadrill Neptune Hungary Kft. | Petofi Sandor Utca 40, Ujlengyel, H-2724, Hungary | Case No. 17-60133 | N/A |
| 59 | Seadrill Newfoundland Operations Ltd. | Stewart McKelvey, P.O. Box 5038, Suite 1100 Cabot Place, 100 New Gower Street, St. John's, NL A1C 6K3, Canada | Case No. 17-60134 | N/A |
| 60 | Seadrill Nigeria Operations Limited | Sabaina House, Plot M15 Banana Island, Foreshore, Ikoyi, Lagos, Nigeria | Case No. 17-60135 | N/A |

Official Form 309F (For Corporations or Partnerships)				Notice of Chapter 11 Bankruptcy Case

| No. | Debtor | Address | Case No. | EIN |
|---|---|---|---|---|
| 61 | Seadrill Offshore AS | PO Box 110<br>4001 Stavanger<br>Finnestadveien 28<br>4029 Stavanger<br>Norway | Case No. 17-60136 | N/A |
| 62 | Seadrill Offshore Malaysia Sdn. Bhd. | 10th Floor Wisma Havela Thakardas No. 1 Jalan Tiong Nam Off Jalan Raja Laut, Kuala Lumpur, 50350, Malaysia | Case No. 17-60137 | N/A |
| 63 | Seadrill Offshore Nigeria Limited | Sabaina House, Plot M15 Banana Island, Foreshore, Ikoyi, Lagos, Nigeria | Case No. 17-60138 | N/A |
| 64 | Seadrill Operations de Mexico, S. de R.L. de C.V. | 31 Sin Número, Ciudad Del Carmen, Campeche, 24179 | Case No. 17-60139 | N/A |
| 65 | Seadrill Orion Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60140 | N/A |
| 66 | Seadrill Pegasus (S) Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60141 | N/A |
| 67 | Seadrill Prospero Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60142 | N/A |
| 68 | Seadrill Saturn Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60143 | N/A |
| 69 | Seadrill Servicos de Petroleo Ltda | Av. República do Chile, nº. 230, sala 2101 - parte, Centro, Rio De Janeiro, CEP 20031-170, Brasil | Case No. 17-60144 | N/A |
| 70 | Seadrill Telesto Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60145 | N/A |
| 71 | Seadrill Tellus Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60146 | N/A |
| 72 | Seadrill Tucana Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60147 | N/A |
| 73 | Seadrill UK Ltd. | 2nd Floor, Building 11 Chiswick Business Park 566 Chiswick High Road, London, W4 5YS, UK | Case No. 17-60148 | N/A |
| 74 | Sevan Brasil Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60149 | N/A |
| 75 | Sevan Driller Ltd. | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60150 | N/A |
| 76 | Sevan Drilling Limited (UK) | Drammensveien 288, Oslo, 0283, Norway | Case No. 17-60151 | N/A |
| 77 | Sevan Drilling Limited (Bermuda) | 4th Floor, Par-La-Ville Place<br>14 Par-La-Ville Road<br>Hamilton HM08, Bermuda | Case No. 17-60081 | N/A |
| 78 | Sevan Drilling North America LLC | 11025 Equity Drive, Suite 150, Houston, TX 77041 | Case No. 17-60078 | 42-1775072 |
| 79 | Sevan Drilling Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60152 | N/A |
| 80 | Sevan Drilling Rig II AS | Drammensveien 288, Oslo, 283, Norway | Case No. 17-60153 | N/A |
| 81 | Sevan Drilling Rig II Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60154 | N/A |
| 82 | Sevan Drilling Rig V AS | Drammensveien 288, Oslo, 0283, Norway | Case No. 17-60155 | N/A |
| 83 | Sevan Drilling Rig V Pte. Ltd. | 1 Wallich Street, #14-02 Guoco Tower, Singapore, 78881, Singapore | Case No. 17-60156 | N/A |
| 84 | Sevan Drilling Rig VI AS | Drammensveien 288, Oslo, 283, Norway | Case No. 17-60157 | N/A |
| 85 | Sevan Louisiana Hungary Kft. | Petofi Sandor Utca 40, Ujlengyel, H-2724, Hungary | Case No. 17-60158 | N/A |
| 86 | Sevan Marine Servicos de Perfuracao Ltda | Av. República do Chile, nº. 230, sala 2101 - parte, Centro, Rio De Janeiro, CEP 20031-170, Brasil | Case No. 17-60159 | N/A |

2. **All other names used in the last 8 years:**   <u>See Rider 1.</u>

Official Form 309F (For Corporations or Partnerships)                                    Notice of Chapter 11 Bankruptcy Case

3. Address of Debtors:  <u>See chart above</u>.

4. Debtors' attorneys

| | |
|---|---|
| JACKSON WALKER, L.L.P.<br>Patricia B. Tomasco (TX Bar No. 01797600)<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone:       (713) 752-4200<br>Facsimile:         (713) 752-4221<br>Email:               ptomasco@jw.com<br>                         mcavenaugh@jw.com<br><br>              -and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Anna G. Rotman, P.C. (TX Bar No. 24099361)<br>Brian E. Schartz (TX Bar No. 24046761)<br>609 Main Street<br>Houston, Texas 77002<br>Telephone:       (713) 836-3600<br>Facsimile:         (713) 836-3601<br>Email:               anna.rotman@kirkland.com<br>                         brian.schartz@kirkland.com<br><br>              -and-<br><br>James H.M. Sprayregen, P.C.<br>(*pro hac vice* admission pending)<br>Anup Sathy, P.C. (*pro hac vice* admission pending)<br>Ross M. Kwasteniet, P.C.<br>(*pro hac vice* admission pending)<br>Adam C. Paul (*pro hac vice* admission pending)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:       (312) 862-2000<br>Facsimile:         (312) 862-2200<br>Email:               james.sprayregen@kirkland.com<br>                         anup.sathy@kirkland.com<br>                         ross.kwasteniet@kirkland.com<br>                         adam.paul@kirkland.com | Debtors' notice and claims agent (for court documents and case information inquiries):<br><br>**If by First-Class Mail:**<br>Seadrill Ltd. Claims Processing Center<br>c/o Prime Clerk LLC<br>830 3rd Avenue, 3rd Floor<br>New York, NY 10022<br><br>**If by Hand Delivery or Overnight Mail:**<br>Seadrill Ltd. Claims Processing Center<br>c/o Prime Clerk LLC<br>830 3rd Avenue, 3rd Floor<br>New York, NY 10022<br><br>U.S. toll-free: (844) 276-3028<br>International: (917) 962-8498<br>Email: seadrillinfo@primeclerk.com<br>Case website: http://cases.primeclerk.com/Seadrill |

**5.**

| | | |
|---|---|---|
| **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | **United States Courthouse**<br>515 Rusk Avenue<br>Houston, Texas 77002<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at http://cases.primeclerk.com/Seadrill | **Hours open: Monday − Friday**<br>**8:00 AM − 5:00 PM**<br>**Contact phone: 713-250-5500** |

**6.**

| | | |
|---|---|---|
| **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **Time and Date:  To be Determined**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:  To be Determined** |

Official Form 309F (For Corporations or Partnerships)                                   Notice of Chapter 11 Bankruptcy Case

**7.**
**Proof of claim deadline**

**Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- Your claim is designated as disputed, contingent or unliquidated;
- You file a proof of claim in a different amount; or
- You receive another notice

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**8.**
**Exception to discharge deadline**

| | |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br>**Deadline for filing the complaint: To be Determined** |

**9.**
**Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**10.**
**Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

**11.**
**Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

[*Remainder of page intentionally left blank.*]

**Rider 1**
**Other Names Used in the Last 8 Years**

| Current Entity Name | Former Name(s) |
|---|---|
| Seadrill Ltd. | N/A |
| Eastern Drilling AS | N/A |
| North Atlantic Alpha Ltd. | Seadrill Alpha Ltd. |
| North Atlantic Crew AS | StartUp 478 11 AS |
| North Atlantic Crewing Ltd. | Seadrill Crewing Europe Ltd. |
| North Atlantic Drilling Ltd. | N/A |
| North Atlantic Drilling UK Ltd. | Seadrill Operation UK Ltd. |
| North Atlantic Elara Ltd. | Seadrill Elara Ltd.; Seadrill C170 Ltd. |
| North Atlantic Epsilon Ltd. | N/A |
| North Atlantic Linus Charterer Ltd. | N/A |
| North Atlantic Management AS | StartUp 477 11 AS |
| North Atlantic Navigator Ltd. | Seadrill Deepwater Units Ltd.; Seadrill Capella Ltd. |
| North Atlantic Norway Ltd. | N/A |
| North Atlantic Phoenix Ltd. | Seadrill Phoenix Ltd. |
| North Atlantic Support Services Limited | N/A |
| North Atlantic Venture Ltd. | N/A |
| Scorpion Drilling Ltd. | N/A |
| Scorpion Intrepid Ltd. | N/A |
| Scorpion Servicos Offshore Ltda | N/A |
| Scorpion Vigilant Ltd. | N/A |
| Sea Dragon de Mexico S. de R.L. de C.V. | N/A |
| Seadrill Abu Dhabi Operations Limited | Seadrill General Holdings Ltd. |
| Seadrill Americas, Inc. | N/A |
| Seadrill Angola, Lda. | N/A |
| Seadrill Aquila Ltd. | N/A |
| Seadrill Ariel Ltd. | Seadrill Invest III Ltd. |
| Seadrill Brunei Ltd. | N/A |
| Seadrill Callisto Ltd. | N/A |
| Seadrill Capital Spares Pool AS | Crystal Sea AS |
| Seadrill Carina Ltd. | N/A |
| Seadrill Castor Ltd. | Seadrill Bianca Ltd. |
| Seadrill Castor Pte. Ltd. | N/A |
| Seadrill Cressida Ltd. | N/A |
| Seadrill Deepwater Charterer Ltd. | N/A |
| Seadrill Deepwater Crewing Ltd. | SeaDrill Deepwaters Management Ltd. |
| Seadrill Deepwater Units Pte. Ltd. | N/A |
| Seadrill Dorado Ltd. | N/A |
| Seadrill Draco Ltd. | N/A |
| Seadrill Eclipse Ltd. | N/A |
| Seadrill Eminence Ltd. | Seadrill Deepwater Rigs Ltd. |
| Seadrill Far East Limited | N/A |
| Seadrill Freedom Ltd. | N/A |
| Seadrill GCC Operations Ltd. | Scorpion Middle East Ltd. |
| Seadrill Gemini Ltd. | N/A |
| Seadrill Global Services Ltd. | N/A |
| Seadrill Gulf Operations Neptune LLC | N/A |
| Seadrill Indonesia Ltd. | Seadrill Jack-Ups Ltd. |
| Seadrill International Resourcing DMCC | N/A |
| Seadrill Jack Up Holding Ltd. | Scorpion Offshore Ltd. |
| Seadrill Jack Up I B.V. | N/A |
| Seadrill Jack Up II B.V. | N/A |
| Seadrill Jupiter Ltd. | Seadrill Uranus Ltd. |
| Seadrill Labuan Ltd. | Scorpion Labuan Ltd. |
| Seadrill Libra Ltd. | N/A |
| Seadrill Management (S) Pte. Ltd. | N/A |
| Seadrill Management AME Ltd. | Seadrill Capella Nigeria Ltd.; Seadrill Jack-Ups Operations Ltd. |
| Seadrill Management Ltd. | N/A |
| Seadrill Neptune Hungary Kft. | N/A |
| Seadrill Newfoundland Operations Ltd. | N/A |
| Seadrill Nigeria Operations Limited | N/A |
| Seadrill Offshore AS | N/A |
| Seadrill Offshore Malaysia Sdn. Bhd. | Scorpion Offshore Malaysia Sdn. Bhd. |
| Seadrill Offshore Nigeria Limited | N/A |

| Current Entity Name | Former Name(s) |
|---|---|
| Seadrill Operations de Mexico, S. de R.L. de C.V. | Seadrill Servicios de Mexico |
| Seadrill Orion Ltd. | N/A |
| Seadrill Pegasus (S) Pte. Ltd. | N/A |
| Seadrill Prospero Ltd. | SeaDrill Invest II Ltd.; Odjfell Invest II Ltd. |
| Seadrill Saturn Ltd. | Seadrill Venus Ltd. |
| Seadrill Servicos de Petroleo Ltda | N/A |
| Seadrill Telesto Ltd. | N/A |
| Seadrill Tellus Ltd. | N/A |
| Seadrill Tucana Ltd. | Seadrill Miranda Ltd. |
| Seadrill UK Ltd. | N/A |
| Sevan Brasil Ltd. | N/A |
| Sevan Driller Ltd. | N/A |
| Sevan Drilling Limited (UK) | N/A |
| Sevan Drilling Ltd. (Bermuda) | N/A |
| Sevan Drilling North America LLC | N/A |
| Sevan Drilling Pte. Ltd. | N/A |
| Sevan Drilling Rig II AS | N/A |
| Sevan Drilling Rig II Pte. Ltd. | N/A |
| Sevan Drilling Rig V AS | N/A |
| Sevan Drilling Rig V Pte. Ltd. | N/A |
| Sevan Drilling Rig VI AS | N/A |
| Sevan Louisiana Hungary Kft. | N/A |
| Sevan Marine Servicos de Perfuracao Ltda | N/A |

# **Exhibit A**

**United States Bankruptcy Court Southern District of Texas**
**Creditor Registration Form for Electronic Filing**

## United States Bankruptcy Court Southern District of Texas
## Creditor Registration Form for Electronic Filing

Please complete this form to open an account on the Court's Bankruptcy electronic case filing (ECF) system.

If you have already participated in an instructional ECF course or have an ECF password in another district, indicate the district and the date in the space provided.
District/Date_____

First/Middle/Last Name:_____

Company or Agency for which you are
authorized to sign or file bankruptcy claims:_____

Street and Suite:_____

City State Zip:_____

Voice:_____     Facsimile:_____

E-Mail:_____

By submitting this form, I agree to abide by these rules:

1. I will maintain familiarity with the technical and procedural requirements as they are adopted by the court.

2. Use of my login and password constitutes my signature on documents filed electronically for purposes the Federal Rule of Bankruptcy Procedure 9011.

3. I am responsible for all use of my login and password, authorized or not.

4. By registering, I consent to electronic service of documents and notices through the Court's Electonic Filing System and waive service by other means.

5. I agree to electronically file bankruptcy claims and/or transfers/ assignment claims only.

Applicant's Signature_____

Please return to:    Electronic Registration
United States Bankruptcy Court
P.O. Box 61010
Houston, TX 77208-1010