# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEADRILL LIMITED, *et al.*,[1] | ) Case No. 17-60079 (DRJ) |
| Debtors. | ) (Jointly Administered) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARINGS SET ON SEPTEMBER 13, 2017

TO THE HONORABLE U.S. BANKRUPTCY JUDGE, DAVID R. JONES:

COME NOW the above-captioned Debtors and submits their Witness and Exhibit List for the hearings set on **September 13, 2017, at 2:45 p.m. (CT)** as follows:

## WITNESSES

The Debtors may call any one or more of the following witnesses:

1. Edgar W. Mosley II;

2. Any witness called or listed by any party; and

3. Any rebuttal witnesses.

## EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits at the hearing:

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| D-1 | Debtors' Motion for Entry of Interim and Final Orders to Authorize the Debtors to Operate their Cash Management System and Maintain Existing Bank Accounts and Continue to Perform Intercompany Transactions and Granting Related Relief [Docket No. 7 including all Exhibits]. | | | | |

The Debtors reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing, and to use any exhibit offered by any other party at the hearing.

Respectfully submitted this 13th day of September, 2017.

Victoria, Texas

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Patricia B. Tomasco (TX Bar No. 01797600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Anna G. Rotman, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Brian E. Schartz (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: ptomasco@jw.com | Facsimile: (713) 836-3601 |
| mcavenaugh@jw.com | Email: anna.rotman@kirkland.com |
| | brian.schartz@kirkland.com |

-and-                                                                      -and-

| | |
|---|---|
| Jennifer F. Wertz (TX Bar No. 24072822) | James H.M. Sprayregen, P.C. |
| 100 Congress Avenue, Suite 1100 | (*pro hac* vice admission pending) |
| Austin, Texas 78701 | Anup Sathy, P.C. (*pro hac* vice admission pending) |
| Telephone: (512) 236-2247 | Ross M. Kwasteniet, P.C. (*pro hac* vice admission pending) |
| Facsimile: (512) 391-2147 | Adam C. Paul (*pro hac* vice admission pending) |
| Email: jwertz@jw.com | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | anup.sathy@kirkland.com |
| | ross.kwasteniet@kirkland.com |
| | adam.paul@kirkland.com |

-and-

Rachel Biblo Block (TX Bar No. 24097382)
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone:   (214) 953-6070
Facsimile:    (214) 661-6810
Email:          rblock@jw.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on September 13, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

>*/s/ Patricia B. Tomasco*
>Patricia B. Tomasco