IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEADRILL LIMITED, *et al.*,[1] | ) ) ) | Case No. 17-60079 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING ON MOTION
SCHEDULED FOR FEBRUARY 26, 2017, AT 3:00 P.M. (PREVAILING
CENTRAL TIME), BEFORE THE HONORABLE DAVID R. JONES AT THE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

I.  **MATTER SET FOR HEARING**

  1.  Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, (VI) Authorizing the Debtors to Carry Out Certain Preliminary Corporate Steps, and (VII) Granting Related Relief [Docket No. 828]

      Responses Received:

      A.  Objection of the United States Trustee to Debtors' Disclosure Statement and Motion for Approval [Docket No. 869]

      Related Documents:

      A.  Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 19]

      B.  Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 20]

---

[1]  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/Seadrill. The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 77041.

C.     First Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 824]

D.     Redline of First Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 825]

E.     Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 826]

F.     Redline of Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 827]

G.     Debtors' Statement Regarding Case Status and the Pending Motion to Approve the Disclosure Statement to the Debtors' First Amended Chapter 11 Plan [Docket No. 965]

H.     Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1000]

I.     Redline of Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1001].

J.     Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1002]

K.     Redline of Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1003]

L.     [Proposed] Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 1004]

M. Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, (VI) Authorizing the Debtors to Carry out Certain Preliminary Corporate Steps, and (VII) Granting Related Relief [Docket No. 1005]

N. Notice of Filing of Revised Exhibit H to the Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of Reorganization of Seadrill Limited and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 1006]

Status:  This matter is going forward.

[*Remainder of page intentionally left blank.*]

Victoria, Texas
February 26, 2018

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Patricia B. Tomasco (TX Bar No. 01797600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| 1401 McKinney Street, Suite 1900 | Brian E. Schartz (TX Bar No. 24099361) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: ptomasco@jw.com | Facsimile: (713) 836-3601 |
| mcavenaugh@jw.com | Email: anna.rotman@kirkland.com |
| | brian.schartz@kirkland.com |

*Co-Counsel to the Debtors and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac* vice)
Anup Sathy, P.C. (admitted *pro hac* vice)
Ross M. Kwasteniet, P.C. (admitted *pro hac* vice)
Adam C. Paul, P.C. (admitted *pro hac* vice)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
anup.sathy@kirkland.com
ross.kwasteniet@kirkland.com
adam.paul@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on February 26, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/ Matthew D. Cavenaugh*
                                               Matthew D. Cavenaugh